No. 998. DIANA N. WEIL v. TRUSTEE IN BANKRUPTCY OF THE RAMBLER CAFETERIA, INC., BANKRUPT. March 22, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Jerome C. Jackson* for petitioner. No appearance for respondent.

No. 1000. GREEN RIVER GAS COMPANY v. R. A. WHITE AND VERTIE W. WHITE. March 22, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William M. Bullitt* for petitioner. *Mr. Augustus E. Willson* for respondents.

No. 1002. AMERICAN MANUFACTURING COMPANY v. CITY OF ST. LOUIS. March 22, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. S. Mayner Wallace* for petitioner. *Mr. Oliver Smith* for respondent.

No. 1008. MARY M. DOWLING v. SAM COLLINS, PROHIBITION DIRECTOR OF THE STATE OF KENTUCKY. March 22, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Edward C. O'Rear, William T. Fowler,* and *Wallace Muir* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. John J. Byrne* for respondent.

No. 1014. FORT WORTH & DENVER CITY RAILWAY COMPANY v. MRS. D. J. STOVALL, ADMINISTRATRIX. March 22, 1926. Petition for writ of certiorari to the Court of Civil Appeals, Second Supreme Judicial District, State of Texas, denied. *Mr. Ellis Douthit* for petitioner. *Mr. S. P. Jones* for respondent.